LAURA A. KNOWLES, Respondent, *v.* WILLIAM J. ERWIN, Appellant.

(Argued October 6, 1890; decided January 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1887, which denied a motion for a new trial and ordered judgment absolute in favor

of plaintiff upon a verdict, exceptions having been ordered to be heard at first instance at General Term.

*M. H. Peck* for appellant.

*Frederick W. Noyes* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.